FILED

02/15/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0348

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. DA 21-0348

ROBERT STINCHFIELD,

        Plaintiff and Appellant,

-vs-

CITY OF SIDNEY,

        Defendant and Cross-Appellant.

**ORDER GRANTING APPELLEE/CROSS-APPELLANT'S EXTENSION TO FILE ANSWER BRIEF**

Pursuant to Appellee/Cross-Appellant City of Sidney's Unopposed Motion for Extension to File Answer Brief, noting that Appellant does not object, and good cause appearing,

**IT IS HEREBY ORDERED** that the City has to and until April 15, 2022, in which to file its Brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
February 15 2022